■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURO CABALLERO, Appellant. [912 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 21, 2006 (*People v Caballero*, 34 AD3d 690 [2006]), affirming a judgment of the Supreme Court, Queens County, rendered January 31, 2005.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CALDWELL, Appellant. [913 NYS2d 572]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hinrichs, J.), rendered January 13, 2010, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Florio, Dickerson, Belen and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLYN A. CAMPBELL, Appellant. [914 NYS2d 904]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 14, 2000 (*People v Campbell*, 269 AD2d 461 [2000]), affirming a judgment of the County Court, Nassau County, rendered January 31, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Santucci, Florio and Leventhal, JJ., concur.